United States District Court
Southern District of Texas
**ENTERED**
December 06, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| PATRICIA LUGO, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:24-CV-00018 |
| § | |
| SELECT PORTFOLIO SERVICING, INC., § | |
| et al., § | |
| § | |
| Defendants. § | |

## ORDER

Before the Court is United States Magistrate Judge Richard W. Bennett's Memorandum and Recommendation filed on October 29, 2024. Doc. #11. The deadline for filing objections has passed, and no objections have been filed. Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Memorandum and Recommendation for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, the Court adopts the Memorandum and Recommendation in its entirety.

Therefore, Defendants Select Portfolio Servicing, Inc. and U.S. Bank, N.A., as Trustee, on Behalf of the Asset Backed Pass-Through Certificates, Series RFC 2007-HEl's Motion for Summary Judgment (Doc. #6) is hereby GRANTED. Accordingly, Plaintiff Patricia Lugo's claims are DISMISSED WITH PREJUDICE.

It is so ORDERED.

DEC 0 6 2024
Date

The Honorable Alfred H. Bennett
United States District Judge